**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **AMY FITZGERALD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:21-cv-00331-B** |
| | § | |
| **TYSON FOODS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Amy Fitzgerald and Defendant Tyson Foods, Inc. move to dismiss with prejudice all claims asserted in the above-captioned lawsuit. All matters between the parties herein have been resolved.

WHEREFORE, the parties respectfully request that the Court enter an order providing that: (a) all claims in this case are dismissed with prejudice to the refiling of same in any form; and (b) all taxable costs and attorneys' fees are to be paid by the party incurring same, as provided in the accompanying Order on Joint Motion to Dismiss with Prejudice.

Respectfully submitted,

| | |
|---|---|
| **NEILL LEGLER COLE PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |

| | |
|---|---|
| /s/ *Jane Legler* | /s/ *Eva W. Turner* |
| Jane Legler | Eva W. Turner |
| Texas State Bar No.03565820 | Texas State Bar No. 24051485 |
| jane@nlcemployeelaw.com | eva.turner@ogletree.com |
| Christine Neill | Jamie Ashton |
| Texas State Bar No. 00796793 | Texas State Bar No. 24087211 |
| christine@nlcemployeelaw.com | jamie.ashton@ogletree.com |
| Kyla Gail Cole | 500 Preston Commons |
| Texas State Bar No. 24033113 | 8117 Preston Road |
| kyla@nlcemployeelaw.com | Dallas, Texas  75225 |
| 3141 Hood Street, Suite 200 | Telephone: (214) 987-3800 |
| Dallas, Texas  75219 | Facsimile (214) 987-3927 |
| Telephone: (214) 748-7777 | |
| Facsimile: (214) 748-7778 | **ATTORNEYS FOR DEFENDANT** |

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2021, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Eva W. Turner*
Eva W. Turner

48807278.1